IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-15-172-D |
| ) | |
| WESLEY TAVION GRANT, ) | |
| a/k/a Olajawan Armond Bush, and ) | |
| LARENZO MONTEL GABOUREL, ) | |
| ) | |
| Defendants. ) | |

## PRETRIAL CONFERENCE MEMORANDUM

On January 6, 2016, the Court held a pretrial conference pursuant to Fed. R. Crim. P. 17.1. The following matters were discussed during the conference:

1. There are no outstanding discovery issues.

2. Anticipated evidentiary issues are addressed in the government's motion in limine. Defendants will file their responses to the motion, if any, as soon as possible, but not later than noon on Friday, January 8, 2016. In addition, a *James*[1] hearing to determine the admissibility of alleged co-conspirator statements as non-hearsay under Fed. R. Evid. 801(d)(2)(E) will be needed. The government will file an appropriate notice not later than noon on January 8, 2016, disclosing the alleged statements that are proposed for admission and, as to each statement, identifying the alleged co-conspirator who made the

---

[1] *United States v. James*, 590 F.2d 575 (5th Cir. 1979); *see United States v. Owens*, 70 F.3d 1118, 1123 (10th Cir. 1995).

statement, the person to whom it was made, when the statement was made, and a general summary of the content of the statement. No *Bruton*[2] issue is anticipated.

3. Jury selection will occur on Tuesday, January 12, 2016, beginning at 9:30 A.M. or as soon thereafter as qualified jurors are presented.

4. The *James* hearing will be held on Wednesday, January 13, 2016, at 10:00 A.M.

5. The trial will convene for opening statements and the presentation of evidence at 9:30 A.M. on Tuesday, January 19, 2016.

6. Possible stipulations of fact will be discussed by counsel for the parties before the start of trial evidence. The government will provide a written proposed stipulation of fact regarding the substance alleged to be phencyclidine for possible approval by Defendants and their counsel.

7. An agreed summary of the Indictment for use during jury selection, which the government shall prepare and submit electronically to degiusti-orders@okwd.uscourts.gov, will be provided to the Court by noon on Monday, January 11, 2016.

DATED this 7th day of January, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[2] *Bruton v. United States*, 391 U.S. 123 (1968).